John Meyer
16024 W. Brian Ave
Kerman, CA 93630
559-385-1565
JMeyer@MeyerLRS.com
Attorney for Eliot Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00170-None-SKO |
| Plaintiff, | |
| vs. | STIPULATION OF THE PARTIES REGARDING PRE-SENTENCE REPORT AND ORDER |
| ELIOT BROWN, | |
| Defendant | |

1. Local Rule 460 states that "presentence reports . . . are confidential records of the United States District Court." Disclosure is prohibited absent order of the Court. L.R. 460(a). Requests for disclosure must be in writing and must articulate the need for specific items of information within the report. Id. at 460(b).

2. Courts may disclose Pre-Sentence Investigation Reports (PSI) when they determine that it is in the interest of justice to do so. United States v. Schlette, 842 F.2d 1574, 1579 (9th Cir. 1988). They may also release when the need for confidentiality is outweighed by the need for disclosure." Id. Here, disclosure is in the interest of justice. The court has read and considered this PSR at sentencing, which occurred almost three years ago. Defense counsel John Meyer was not the attorney in that case. ELIOT BROWN has asked for compassionate release based on the COVID pandemic. Allowing defense counsel access to the PSI will allow counsel to prepare for the hearing, as it will give counsel background information for the defendant, as well as provide to counsel the complete facts of the crime in question.

STIPULATION OF THE PARTIES REGARDING PRE-SENTENCE REPORT AND ORDER - 1

3.  Counsel for the government, David Gappa, also does not have access to the PSI, as the case has been closed, and he no longer has access to the original file.  The prosecuting attorney in this case needs to review the PSI in order to reacquaint himself with the facts of the case and present appropriate arguments at hearing.

4.  As such, the parties stipulate that the court shall order the Probation Department to disclose to both parties' Counsel the probation report prepared for case 1:17-cr-00170-None-SKO.

Dated: August 20, 2020                              MCGREGOR W. SCOTT

United States Attorney

/s/ David Gappa

David Gappa

Assistant United States Attorney


/s/ John A. Meyer

John Meyer

Counsel for Defendant

Eliot Brown


FINDINGS AND PROTECTIVE ORDER

IT IS SO ORDERED.

   Dated:   **August 21, 2020**                    _____

                                                UNITED STATES DISTRICT JUDGE

STIPULATION OF THE PARTIES REGARDING PRE-SENTENCE REPORT AND ORDER - 2